IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RICHARD DISHER, Individually and on Behalf of all Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>CITIGROUP GLOBAL MARKETS, INC., d/b/a Smith Barney,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>) CIVIL NO. 04-308-GPM<br>)<br>)<br>)<br>)<br>) |

# JUDGMENT IN A CIVIL CASE

**DECISION BY COURT**.  This action came before the Court on the mandate issued by the Seventh Circuit Court of Appeals.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Order filed October 25, 2005, judgment is entered in favor of Defendant, **Citigroup Global Markets, Inc., d/b/a Smith Barney**, and against Plaintiff, **Richard Disher**, and this action is dismissed **with prejudice**.

**DATED**:  10/25/05

NORBERT G. JAWORSKI, CLERK

By:  s/ Linda M. Cook
      Deputy Clerk

APPROVED:  s/ G. Patrick Murphy
               G. PATRICK MURPHY
               CHIEF U.S. DISTRICT JUDGE